**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

| | |
|---|---|
| IN RE: | Case No. 25-20289-ABA |
| | Chapter 13 |
| Shawn Aaron Johnson aka Shawn Johnson | |
| Leslie Michelle Johnson aka Leslie Michelle | |
| Johnson aka Leslie Castagna | |
| | |
| Debtor(s). | |

## NOTICE OF APPEARANCE

**Lakeview Loan Servicing, LLC**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Ste. 200**
**The Shops at Valley Square**
**Warrington, PA 18976**


By:  /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire
Bar No: 009221995
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976
Phone: 215-572-8111
Fax: 215-572-5025
seisenberg@sterneisenberg.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 25th day of November, 2025, to the following:

Lee Martin Perlman
Lee M. Perlman
1926 Greentree Road
Suite 100
Cherry Hill, NJ 08003
ecf@newjerseybankruptcy.com
***Attorney for Debtor(s)***


Andrew B Finberg
Office of the Chapter 13 Standing Trustee
535 Route 38
Suite 580
Cherry Hill, NJ 08002
ecfmail@standingtrustee.com
***Chapter 13 Trustee***


U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
USTPRegion03.NE.ECF@usdoj.gov
***U.S. Trustee***



and by standard first class mail postage prepaid to:

Shawn Aaron Johnson aka Shawn Johnson
103 Stoneham Drive
Glassboro, NJ 08028

Leslie Michelle Johnson aka Leslie Michelle Johnson aka Leslie Castagna
103 Stoneham Drive
Glassboro, NJ 08028
***Debtor(s)***


                                                  By:      /s/ Steven K. Eisenberg
                                                          Steven K. Eisenberg, Esquire