UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
Leslie M. Johnson
Shawn A. Johnson

Case No.:  25-20289 ABA

Chapter:          13

Hearing Date: 7/22/2026

Judge:  Altenburg

## CERTIFICATION OF SERVICE

1.  I, Nicholas Ralston:

    _____   represent the debtor in the above captioned matter.

    __X__  am the secretary / paralegal for ____Lee M. Perlman, who represents the debtor(s) in the above captioned matter.

    _____  Am the _____ in the above captioned matter and am representing myself.

2.  On ____6/11/2026_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:  Modified Chapter 13 Plan.

3.  I hereby certify under penalty of perjury that the above listed documents were sent using the mode of service indicated.

Dated:_____6/11/2026_____                          __/s/ Nicholas Ralston_____

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Andrew B. Finberg<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002<br>United States of America | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br>NEW JERSEY ATTORNEY GENERAL OFFICE RICHARD J HUGHES JUSTICE COMPLEX 25 MARKET STREET PO BOX 112 TRENTON NJ 08625-0112<br><br>Attn: President, Registered Agent or person designated to receive service of process<br>1ST COLONIAL COMMUNITY BANK CO SALDUTTI LAW GROUP 1040 KINGS HIGHWAY N  SUITE 100 CHERRY HILL  NJ 08034-1925<br><br>Attn: President, Registered Agent or person designated to receive service of process<br>LAKEVIEW LOAN SERVICING  LLC CO STERN EISENBERG  PC 1581 MAIN STREET SUITE 200 THE SHOPS AT VALLEY SQUARE WARRINGTON  PA 18976-3403<br><br>Attn: President, Registered Agent or person designated to receive service of process<br>1ST COLONIAL COMMUNITY 1040 HADDON AVE COLLINGSWOOD  NJ 08108-2046<br><br>Attn: President, Registered Agent or person designated to receive service of process<br>AFFIRM  INC 650 CALIFORNIA ST FL 12 SAN FRANCISCO  CA 94108-2716 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| Attn: President, Registered Agent or person designated to receive service of process AFFIRM INC ATTN BANKRUPTCY 650 CALIFORNIA ST FL 12 SAN FRANCISCO CA 94108-2716 | | |
| Attn: President, Registered Agent or person designated to receive service of process ASAPH ABRAMS ALDRIDGE PITE LLP 3333 CAMINO DEL RIO SOUTH SUITE 225 SAN DIEGO CA 92108-3808 | | |
| Attn: President, Registered Agent or person designated to receive service of process (P)ALANTIC CITY ELECTRIC BANKRUPTCY DEPARTMENT MAIL STOP 84CP42 5 COLLINS DRIVE SUITE 2133 CARNEYS POINT NJ 08069-3600 | | |
| Attn: President, Registered Agent or person designated to receive service of process BARCLAYS BANK ATTN BANKRUPTCY PO BOX 8801 WILMINGTON DE 19899-8801 | | |
| Attn: President, Registered Agent or person designated to receive service of process BEST EGG ATTN BANKRUPTCY PO BOX 42912 PHILADELPHIA PA 19101-2912 | | |
| Attn: President, Registered Agent or person designated to receive service of process CFNA ATTN BANKRUPTCY PO BOX 81315 CLEVELAND OH 44181-0315 | | |
| Attn: President, Registered Agent or person designated to receive service of process CREDIT FIRST NA PO BOX 818011 CLEVELAND OH 44181-8011 | | |
| Attn: President, Registered Agent or person designated to receive service of process CAP1KOHLS ATTN BANKRUPTCY PO BOX 3043 MIWAUKEE WI 53201-3043 | | |
| Attn: President, Registered Agent or person designated to receive service of process CAPITAL MANAGEMENT SERVICES LP 698 12 SOUTH OGDEN ST BUFFALO NY 14206-2317 | | |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Attn: President, Registered Agent or person designated to receive service of process CAPITAL ONE ATTN BANKRUPTCY PO BOX 30285 SALT LAKE CITY  UT 84130-0285

Attn: President, Registered Agent or person designated to receive service of process CAPITAL ONE  NA 4515 N SANTA FE AVE OKLAHOMA CITY  OK 73118-7901

Attn: President, Registered Agent or person designated to receive service of process (P)CARMAX AUTO FINANCE 225 CHASTAIN MEADOWS COURT SUITE 200 KENNESAW GA 30144-5938

Attn: President, Registered Agent or person designated to receive service of process CARECENTRIX PO BOX 277947 ATLANTA  GA 30384-7947

Attn: President, Registered Agent or person designated to receive service of process CHASE AUTO FINANCE ATTN BANKRUPTCY 700 KANSAS LANE LA MONROE  LA 71203-4774

Attn: President, Registered Agent or person designated to receive service of process CITIBANK CITICORP CR SRVSCENTRALIZED BANKRUPTCY PO BOX 790040 ST LOUIS  MO 63179-0040

Attn: President, Registered Agent or person designated to receive service of process CITIBANK NA CITIBANK  NA 5800 S CORPORATE PL SIOUX FALLS  SD  57108-5027

Attn: President, Registered Agent or person designated to receive service of process CITIBANKTHE HOME DEPOT CITICORP CR SRVSCENTRALIZED BANKRUPTCY PO BOX 790040 ST LOUIS  MO 63179-0040

Attn: President, Registered Agent or person designated to receive service of process COMCAST BANKRUPTCY DEPARTMENT ATTN JACKIE GAYNOR 401 WHITE HORSE RD STE 2 VOORHEES  NJ 08043-2604

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| Attn: President, Registered Agent or person designated to receive service of process COMENITY BKULTA ATTN BANKRUPTCY PO BOX 182125 COLUMBUS  OH 43218-2125<br><br>Attn: President, Registered Agent or person designated to receive service of process Cooper Health System P.O. Box 6018 Bellmawr, NJ 08099-6018<br><br>Attn: President, Registered Agent or person designated to receive service of process CORD BLOOD REGISTRY 25537 NETWORK PLACE CHICAGO  IL 60673-1255<br><br>Attn: President, Registered Agent or person designated to receive service of process CREDIT COLLECTIONS SERVICES ATTENTION BANKRUPTCY 725 CANTON STREET NORWOOD  MA 02062-2609<br><br>Attn: President, Registered Agent or person designated to receive service of process CREDIT ONE BANK ATTN BANKRUPTCY DEPARTMENT 6801 CIMARRON RD LAS VEGAS  NV 89113-2273<br><br>Attn: President, Registered Agent or person designated to receive service of process DISCOVER FINANCIAL ATTN BANKRUPTCY PO BOX 3025 NEW ALBANY  OH 43054-3025<br><br>Attn: President, Registered Agent or person designated to receive service of process (P)ESTATE INFORMATION SERVICES  LLC 670 MORRISON RD SUITE 300 GAHANNA OH 43230-5324<br><br>Attn: President, Registered Agent or person designated to receive service of process FIRST PREMIER BANK 3820 N LOUISE AVE SIOUX FALLS  SD 57107-0145<br><br>Attn: President, Registered Agent or person designated to receive service of process (P)FIRST SAVINGS BANK ATTN BANKRUPTCY 1500 S HIGHLINE AVE SIOUX FALLS SD 57110-1003 | | |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| Attn: President, Registered Agent or person designated to receive service of process GENESIS FS CARD SERVICES ATTN BANKRUPTCY PO BOX 4477 BEAVERTON  OR 97076-4401 | | |
| Attn: President, Registered Agent or person designated to receive service of process GOLDMAN SACHS BANK USA ATTN BANKRUPTCY LOCKBOX 6112  PO BOX7247 PHILADELPHIA  PA 19170-0001 | | |
| Attn: President, Registered Agent or person designated to receive service of process GOLDMAN SACHS BANK USA ATTN BANKRUPTCY PO BOX 70379 PHILADELPHIA PA 19176-0379 | | |
| Attn: President, Registered Agent or person designated to receive service of process (P)HALSTED FINANCIAL SERVICES  LLC PO BOX 828 SKOKIE IL 60076-0828 | | |
| Attn: President, Registered Agent or person designated to receive service of process INSPIRA MEDICAL CENTERS  INC PO BOX 981006 BOSTON  MA 02298-1006 | | |
| Attn: President, Registered Agent or person designated to receive service of process INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA  PA 19101-7346 | | |
| Attn: President, Registered Agent or person designated to receive service of process JPMORGAN CHASE BANK  NA SBMT CHASE BANK USA  NA CO NATIONAL BANKRUPTCY SERVICES  LLC PO BOX 9013 ADDISON  TEXAS 75001-9013 | | |
| Attn: President, Registered Agent or person designated to receive service of process JEFFERSON CAPITAL SYSTEMS  LLC ATTN BANKRUPTCY 200 14TH AVE E SARTELL  MN 56377-4500 | | |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| Attn: President, Registered Agent or person designated to receive service of process (P)JEFFERSON CAPITAL SYSTEMS LLC PO BOX 7999 SAINT CLOUD MN 56302-7999 | | |
| Attn: President, Registered Agent or person designated to receive service of process JPMCB MAILCODE LA47100 700 KANSAS LANE MONROE  LA 71203-4774 | | |
| Attn: President, Registered Agent or person designated to receive service of process KOHLS PO BOX 2983 MILWAUKEE  WI 53201-2983 | | |
| Attn: President, Registered Agent or person designated to receive service of process LDVLAW 5 GREENTREE CENTRE 525 RT 73 NORTH  STE 400 MARLTON  NJ 08053-3422 | | |
| Attn: President, Registered Agent or person designated to receive service of process LVNV FUNDING LLC PO BOX 10587 GREENVILLE  SC 29603-0587 | | |
| Attn: President, Registered Agent or person designated to receive service of process LVNV FUNDING LLC PO BOX 10587 GREENVILLE  SC 29603-0587 LVNV FUNDING LLC PO BOX 10587 GREENVILLE  SC 29603-0587 | | |
| Attn: President, Registered Agent or person designated to receive service of process LVNV FUNDING  LLC RESURGENT CAPITAL SERVICES PO BOX 10587 GREENVILLE  SC 29603-0587 | | |
| Attn: President, Registered Agent or person designated to receive service of process LVNV FUNDINGRESURGENT CAPITAL ATTN BANKRUPTCY PO BOX 10497 GREENVILLE  SC 29603-0497 | | |
| Attn: President, Registered Agent or person designated to receive service of process LAKEVIEW LOAN SERVICING  LLC CO NATIONSTAR MORTGAGE LLC ATTN BANKRUPTCY DEPT PO BOX 619096 DALLAS TX 75261-9096 | | |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| Attn: President, Registered Agent or person designated to receive service of process LAKEVIEW LOAN SERVICING  LLC CO ROCKET MORTGAGE  LLC ATTN BANKRUPTCY DEPT PO BOX 619096 DALLAS TX 75261-9096 | | |
| Attn: President, Registered Agent or person designated to receive service of process Lyons Doughty Veldhuis PC 5 GREENTREE CTR  525 RT 73 N  STE 400 PO BOX 987 MARLTON  NJ 08053-0987 | | |
| Attn: President, Registered Agent or person designated to receive service of process MERRICK BANK RESURGENT CAPITAL SERVICES PO BOX 10368 GREENVILLE  SC 29603-0368 | | |
| Attn: President, Registered Agent or person designated to receive service of process (P)DSNB MACY S CITIBANK 1000 TECHNOLOGY DRIVE MS 777 O FALLON MO 63368-2239 | | |
| Attn: President, Registered Agent or person designated to receive service of process MARRIOTT VACATIONS WORLDWIDE ATTN BANKRUPTCY 9002 SAN MARCO COURT ORLANDO  FL 32819-8600 | | |
| Attn: President, Registered Agent or person designated to receive service of process MERRICK BANK CORP PO BOX 9201 OLD BETHPAGE  NY 11804-9001 | | |
| Attn: President, Registered Agent or person designated to receive service of process (P)NJ EZPASS ATTN ATTN NJ EZPASS JASMINE JENKINS 375 MCCARTER HIGHWAY SUITE 200 NEWARK NJ 07114-2562 | | |
| Attn: President, Registered Agent or person designated to receive service of process NORDSTROM  INC JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE PO BOX 7999 ST CLOUD  MN 56302-7999 | | |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| Attn: President, Registered Agent or person designated to receive service of process NATIONSTARMR COOPER 350 HIGHLAND HOUSTON  TX 77009-6623 | | |
| Attn: President, Registered Agent or person designated to receive service of process NORDSTROM FSB ATTN BANKRUPTCY PO BOX 6555 ENGLEWOOD  CO 80155-6555 | | |
| Attn: President, Registered Agent or person designated to receive service of process ONEMAIN FINANCIAL GROUP  LLC PO BOX 981037 BOSTON  MA 02298-1037 | | |
| Attn: President, Registered Agent or person designated to receive service of process (P)PORTFOLIO RECOVERY ASSOCIATES LLC PO BOX 41067 NORFOLK VA 23541-1067 | | |
| Attn: President, Registered Agent or person designated to receive service of process PHILLIPS  COHEN ASSOCIATES  LTD 1002 JUSTISON ST WILMINGTON  DE 19801-5148 | | |
| Attn: President, Registered Agent or person designated to receive service of process PREMIER BANKCARD  LLC JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE PO BOX 7999 ST CLOUD  MN 56302-7999 | | |
| Attn: President, Registered Agent or person designated to receive service of process PREMIER BANKCARD  LLC JEFFERSON CAPITAL SYSTEMS  LLC ASSIGNEE PO BOX 7999 SAINT CLOUD  MN 56302-7999 | | |
| Attn: President, Registered Agent or person designated to receive service of process QUALITY ASSET RECOVERY PO BOX 239 GIBBSBORO  NJ 08026-0239 | | |
| Attn: President, Registered Agent or person designated to receive service of process QUANTUM3 GROUP LLC AS AGENT FOR MOMA TRUST LLC PO BOX 788 KIRKLAND WA  98083-0788 | | |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| Attn: President, Registered Agent or person designated to receive service of process RESURGENT ACQUISITIONS  LLC ATTN BANKRUPTCY PO BOX 10497 GREENVILLE  SC 29603-0497 | | |
| Attn: President, Registered Agent or person designated to receive service of process RESURGENT CAPITAL SERVICES ATTN BANKRUPTCY PO BOX 10497 GREENVILLE  SC 29603-0497 | | |
| Attn: President, Registered Agent or person designated to receive service of process RESURGENT CAPITAL SERVICES AS SERVICING AGEN RESURGENT CAPITAL SERVICES PO BOX 10587 GREENVILLE  SC 29603-0587 | | |
| Attn: President, Registered Agent or person designated to receive service of process RUBIN  ROTHMAN  LLC 1787 VETERANS MEMORIAL HWY ISLANDIA  NY 11749-1500 | | |
| Attn: President, Registered Agent or person designated to receive service of process (P)SELIP AND STYLIANOU  LLP PO BOX 9004 WOODBURY NY 11797-9004 | | |
| Attn: President, Registered Agent or person designated to receive service of process SELIP  STYLIANOU  LLP 199 CROSSWAYS PARK DR PO BOX 366 WOODBURY  NY 11797-0366 | | |
| Attn: President, Registered Agent or person designated to receive service of process SOUTH JERSEY GAS ATTN MS FLEMING PO BOX 577 HAMMONTON  NJ 08037-0577 | | |
| Attn: President, Registered Agent or person designated to receive service of process (P)STATE OF NEW JERSEY DIVISION OF TAXATION ATTN BANKRUPTCY UNIT PO BOX 245 TRENTON NJ 08695-0245 | | |
| Attn: President, Registered Agent or person designated to receive service of process SYNCBVENMO ATTN BANKRUPTCY PO BOX 965064 ORLANDO  FL 32896-5064 | | |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| Attn: President, Registered Agent or person designated to receive service of process SYNCBCAR CARE PEP B ATTN BANKRUPTCY PO BOX 965060 ORLANDO FL 32896-5060<br><br>Attn: President, Registered Agent or person designated to receive service of process SYNCBJCREW ATTN BANKRUPTCY PO BOX 965064 ORLANDO FL 32896-5064<br><br>Attn: President, Registered Agent or person designated to receive service of process SYNCBWALMART PO BOX 71746 PHILADELPHIA PA 19176-1746<br><br>Attn: President, Registered Agent or person designated to receive service of process SYNCHRONY BANK BY AIS INFOSOURCE LP AS AGENT 4515 N SANTA FE AVE OKLAHOMA CITY OK 73118-7901<br><br>Attn: President, Registered Agent or person designated to receive service of process SYNCHRONY BANKAMAZON ATTN BANKRUPTCY PO BOX 965060 ORLANDO FL 32896-5060<br><br>Attn: President, Registered Agent or person designated to receive service of process SYNCHRONY BANKCARE CREDIT ATTN BANKRUPTCY PO BOX 965060 ORLANDO FL 32896-5060<br><br>Attn: President, Registered Agent or person designated to receive service of process SYNCHRONY BANKGAP ATTN BANKRUPTCY PO BOX 965060 ORLANDO FL 32896-5060<br><br>Attn: President, Registered Agent or person designated to receive service of process SYNCHRONY BANKLOWES ATTN BANKRUPTCY PO BOX 965060 ORLANDO FL 32896-5060<br><br>Attn: President, Registered Agent or person designated to receive service of process SYNCHRONYPAYPAL CREDIT ATTN BANKRUPTCY PO BOX 965064 ORLANDO FL 32896-5064 | | |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| Attn: President, Registered Agent or person designated to receive service of process (P)TD BANK USA N A CO WEINSTEIN  RILEY P S 749 GATEWAY STE G601 ABILENE TX 79602-1196 <br><br>Attn: President, Registered Agent or person designated to receive service of process TARGET NB CO FINANCIAL  RETAIL SERVICES MAILSTOP BT PO BOX 9475 MINNEAPOLIS MN 55440-9475 <br><br>Attn: President, Registered Agent or person designated to receive service of process US DEPARTMENT OF HOUSING AND URBAN DEVELOP 26 FEDERAL PLAZA  SUITE 3541 NEW YORK  NY 10278-0004 <br><br>Attn: President, Registered Agent or person designated to receive service of process (P)UPGRADE  INC 2 N CENTRAL AVE 10TH FLOOR PHOENIX AZ 85004-4422 <br><br>Attn: President, Registered Agent or person designated to receive service of process (P)UPLIFT  INC 2 N CENTRAL AVE FL 10 PHOENIX AZ 85004-4422 <br><br>Attn: President, Registered Agent or person designated to receive service of process WEBBANKONEMAIN ATTN BANKRUPTCY 215 SOUTH STATE STREET  SUITE 1000 SALT LAKE CITY  UT 84111-2336 | | |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.