**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 Valuation of Security | 0 Assumption of Executory Contract or unexpired Lease | 0 Lien Avoidance |
|---|---|---|

**Last revised: November 14, 2023**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:

Shawn Aaron Johnson and Leslie Michelle Johnson

   Debtor(s)

Case No.:  25-20289 ABA

Judge:  Altenburg

## Chapter 13 Plan and Motions

☐ Original          ☒ Modified/Notice Required          Date: 06/09/2026

☐ Motions Included  ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

### YOUR RIGHTS WILL BE AFFECTED

The Court issued a separate Notice of the Hearing on Confirmation of Plan, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the Chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a / ☐ 7b / ☐ 7 c.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a / ☐ 7b / ☐ 7 c.

Initial Debtor(s)' Attorney: __/s/ LMP__   Initial Debtor: __/s/ SAJ__   Initial Co-Debtor: __/s/ LMJ__

**Part 1:   Payment and Length of Plan**

a.   The debtor shall pay to the Chapter 13 Trustee $ _____209.00_____ monthly for __8__ months starting on the first of the month following the filing of the petition. (If tier payments are proposed) : and then $____750____ per month for __28__ months; $_____ per month for _____ months, for a total of __36__ months.

b.   The debtor shall make plan payments to the Trustee from the following sources:

&#9747;   Future earnings

□   Other sources of funding (describe source, amount and date when funds are available):

c.   Use of real property to satisfy plan obligations:

□ Sale of real property
Description:

Proposed date for completion: _____

□ Refinance of real property:
Description:
Proposed date for completion: _____

□ Loan modification with respect to mortgage encumbering real property:
Description:
Proposed date for completion: _____

d.   □ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification. See also Part 4.

□ If a Creditor filed a claim for arrearages, the arrearages □ will / □ will not be paid by the Chapter 13 Trustee pending an Order approving sale, refinance, or loan modification of the real property.

e.   For debtors filing joint petition:

□ Debtors propose to have the within Chapter 13 Case jointly administered. If any party objects to joint administration, an objection to confirmation must be timely filed.  The objecting party must appear at confirmation to prosecute their objection.

Initial Debtor: ___/s/ SAJ_____ Initial Co-Debtor: ___/s/ LMJ____

**Part 2: Adequate Protection** ☒ NONE

a. Adequate protection payments will be made in the amount of $_____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____(creditor). (Adequate protection payments to be commenced upon order of the Court.)

b. Adequate protection payments will be made in the amount of $_____ to be paid directly by the debtor(s), pre-confirmation to: _____(creditor).

**Part 3: Priority Claims (Including Administrative Expenses)**

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Name of Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 3,353.00 |
| DOMESTIC SUPPORT OBLIGATION | NONE | BALANCE DUE: N/A |
| State of New Jersey | State income tax | $379.71 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
☒ None
☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Name of Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

   **a.    Curing Default and Maintaining Payments on Principal Residence: ☒ NONE**

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the
debtor shall pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|
| | | | | | Debtor shall pay the regular monthly payment pursuant to the terms of the underlying loan documents unless otherwise ordered. |

   **b.    Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☐ NONE**

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the
debtor will pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|
| CarMax | 2018 Mazda CX-9 | 488.14 | | 488.14 | Debtor shall pay the regular monthly payment pursuant to the terms of the underlying loan documents unless otherwise ordered. |

**c.   Secured claims to be paid in full through the plan which are excluded from 11 U.S.C. 506: ☒ NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Interest Rate | Amount of Claim | Total to be Paid Including Interest Calculation by Trustee |
|---|---|---|---|---|
|  |  |  |  |  |

**d.   Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ☒ NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid by Trustee |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes all Plan payments, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ **NONE**

Upon confirmation, the automatic stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 shall be terminated in all respects. The Debtor surrenders the following collateral:

| Name of Creditor | Collateral to be Surrendered (identify property and add street address, if applicable) | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Marriott Vacations Worldwide | Marriott Timeshare | Unknown | $20,939.00 |

**f.   Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

| Name of Creditor | Collateral (identify property and add street address, if applicable) |
|---|---|
| Lakeview Loan Servicing, LLC | 103 Stoneham Drive Glassboro, NJ 08028 |
| Chase Auto Finance | 2019 Jeep Grand Cherokee |
| 1st Colonial Community Bank | 103 Stoneham Drive Glassboro, NJ 08028 |
| U.S. Dept. of Housing and Urban Development | 103 Stoneham Drive  Glassboro, NJ  08028 |

**g. Secured Claims to be Paid in Full Through the Plan:** ☒ **NONE**

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Amount | Interest Rate | Total Amount to be Paid through the plan by Trustee |
|---|---|---|---|---|
|  |  |  |  |  |

## Part 5:   Unsecured Claims   ☐ NONE

    a.  **Not separately classified** allowed non-priority unsecured claims shall be paid:

        ☐ Not less than $ _____   to be distributed *pro rata*

        ☐ Not less than _____   percent

        ☒ *Pro Rata* distribution from any remaining funds

    b.  **Separately classified unsecured** claims shall be treated as follows:

| Name of Creditor | Basis For Separate Classification | Treatment | Amount to be Paid by Trustee |
|---|---|---|---|
|  |  |  |  |

## Part 6:   Executory Contracts and Unexpired Leases   ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Name of Creditor | Arrears to be Cured and paid by Trustee | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment to be Paid Directly to Creditor by Debtor |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:   Motions  ☒ NONE**

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation must be filed with the Clerk of Court when the plan and transmittal notice are served**

**a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f). ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Name of Creditor | Nature of Collateral (identify property and add street address, if applicable) | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b.  Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured. ☒ NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Name of Creditor | Collateral (identify property and add street address if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured. ☒ NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

d.  Where the Debtor retains collateral, upon completion of the Plan and issuance of the Discharge, affected Debtor may take all steps necessary to remove of record any lien or portion of any lien discharged.

## Part 8:    Other Plan Provisions

### a. Vesting of Property of the Estate

☒    Upon confirmation

☐    Upon discharge

### b.  Payment Notices

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c.   Order of Distribution

The Trustee shall pay allowed claims in the following order:

1) Chapter 13 Standing Trustee Fees, upon receipt of funds
2) Lee M. Perlman, Esquire
3) Secured Creditors
4) Priority Creditors
5) Unsecured Creditors
6) 

### d.  Post-Petition Claims

The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:   Modification** ☒ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: _____ .

Explain below **why** the plan is being modified:

to adjust information and amounts per claims filed; to adjust payment amount per current DMI; to add HUD

Are Schedules I and J being filed simultaneously with this Modified Plan?     ☒ Yes     ☐ No

**Part 10: Non-Standard Provision(s):**

Non-Standard Provisions:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*.

I certify under penalty of perjury that the above is true.

Date: _____06/09/2026_____          _____/s/ Shawn A. Johnson_____
                                          Debtor

Date: _____06/09/2026_____          _____/s/ Leslie M. Johnson_____
                                          Joint Debtor

Date: _____06/09/2026_____          _____/s/ Lee M. Perlman_____
                                          Attorney for the Debtor(s)

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-20289-ABA |
| Shawn Aaron Johnson | Chapter 13 |
| Leslie Michelle Johnson | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 6 |
|---|---|---|
| Date Rcvd: Jul 09, 2026 | Form ID: pdf901 | Total Noticed: 96 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Shawn Aaron Johnson, Leslie Michelle Johnson, 103 Stoneham Drive, Glassboro, NJ 08028-3001 |
| cr | + | Lakeview Loan Servicing, LLC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 520828580 | + | 1st Colonial Community, 1040 Haddon Ave, Collingswood, NJ 08108-2046 |
| 520828623 | + | Cord Blood Registry, 25537 Network Place, Chicago, IL 60673-1255 |
| 520828637 | + | Inspira Medical Centers, Inc., PO Box 981006, Boston, MA 02298-1006 |
| 520828644 | + | LDVLAW, 5 Greentree Centre, 525 Rt. 73 North, Ste. 400, Marlton, NJ 08053-3422 |
| 520828646 | + | Lyons, Doughty & Veldhuis, PC, 5 Greentree Ctr, 525 Rt 73 N, Ste 400, PO Box 987, Marlton, NJ 08053-0987 |
| 520828662 | + | Selip & Stylianou, LLP, 199 Crossways Park Dr, PO Box 366, Woodbury, NY 11797-0366 |
| 520905677 | + | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0004 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 09 2026 21:15:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 09 2026 21:15:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520871863 | + | Email/Text: rmcdowell@slgcollect.com | Jul 09 2026 21:14:00 | 1st Colonial Community Bank, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 520828597 | | Email/Text: bankruptcy@pepcoholdings.com | Jul 09 2026 21:15:00 | Atlantic City Electric, P.O. Box 4875, Trenton, NJ 08650 |
| 520828581 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 09 2026 21:23:21 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520828592 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 09 2026 21:12:57 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 520839265 | + | Email/Text: ecfbnc@aldridgepite.com | Jul 09 2026 21:14:00 | Asaph Abrams, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520828598 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 09 2026 21:15:00 | Barclays Bank, Attn: Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 520828599 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jul 09 2026 21:12:54 | Best Egg, Attn: Bankruptcy, Po Box 42912, Philadelphia, PA 19101-2912 |
| 520828612 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jul 09 2026 21:14:00 | CarMax Auto Finance, Attn: Bankruptcy, 1200 Tuckahoe Creek Pkwy, Richman, VA 23238 |

District/off: 0312-1 | User: admin | Page 2 of 6

Date Rcvd: Jul 09, 2026 | Form ID: pdf901 | Total Noticed: 96

| | | |
|---|---|---|
| 520831000 | Email/Text: CAF_Bankruptcy_Department@carmax.com | |
| | Jul 09 2026 21:14:00 | CarMax Business Services, LLC, CarMax Auto Finance, Attn: Bankruptcy Department, 225 Chastain Meadows Court, Ste 210, Kennesaw, GA 30144 |
| 520828613 | + Email/Text: BKPT@cfna.com | |
| | Jul 09 2026 21:14:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 520835018 | Email/Text: BKPT@cfna.com | |
| | Jul 09 2026 21:14:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 520828600 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | Jul 09 2026 21:12:55 | Cap1/kohls, Attn: Bankruptcy, Po Box 3043, Miwaukee, WI 53201-3043 |
| 520828601 | + Email/Text: cms-bk@cms-collect.com | |
| | Jul 09 2026 21:15:00 | Capital Management Services, LP, 698 1/2 South Ogden St, Buffalo, NY 14206-2317 |
| 520828602 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | Jul 09 2026 21:12:41 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520839747 | + Email/PDF: ebn_ais@aisinfo.com | |
| | Jul 09 2026 21:12:49 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520828611 | ^ MEBN | |
| | Jul 09 2026 21:09:58 | CareCentrix, PO Box 277947, Atlanta, GA 30384-7947 |
| 520828614 | + Email/PDF: ais.chase.ebn@aisinfo.com | |
| | Jul 09 2026 21:13:02 | Chase Auto Finance, Attn: Bankruptcy, 700 Kansas Lane La, Monroe, LA 71203-4774 |
| 520828615 | + Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | Jul 09 2026 21:23:21 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520908171 | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | Jul 09 2026 21:23:21 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520828617 | + Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | Jul 09 2026 21:44:24 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520828620 | + Email/Text: documentfiling@lciinc.com | |
| | Jul 09 2026 21:14:00 | Comcast Bankruptcy Department, Attn: Jackie Gaynor, 401 White Horse Rd Ste 2, Voorhees, NJ 08043-2604 |
| 520828621 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | Jul 09 2026 21:15:00 | Comenity Bk/Ulta, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520828622 | + Email/Text: legal-dept@cooperhealth.edu | |
| | Jul 09 2026 21:15:00 | Cooper Health System, PO Box 6018, Bellmawr, NJ 08099-6018 |
| 520828624 | + Email/Text: bankruptcy_notifications@ccsusa.com | |
| | Jul 09 2026 21:15:00 | Credit Collections Services, Attention: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2609 |
| 520828625 | + Email/PDF: creditonebknotifications@resurgent.com | |
| | Jul 09 2026 21:12:41 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520828647 | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | Jul 09 2026 21:23:25 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 520828627 | + Email/Text: mrdiscen@discover.com | |
| | Jul 09 2026 21:14:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520828628 | Email/Text: eis.usbnc@eismgmt.com | |
| | Jul 09 2026 21:14:00 | Estate Information Services, LLC, EIS Collections, PO Box 1398, Reynoldsburg, OH 43068 |
| 520828631 | Email/Text: BNSFS@capitalsvcs.com | |
| | Jul 09 2026 21:14:00 | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 520828629 | + Email/PDF: ais.fpc.ebn@aisinfo.com | |
| | Jul 09 2026 21:12:56 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520828632 | + Email/Text: GenesisFS@ebn.phinsolutions.com | |
| | Jul 09 2026 21:15:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |

| 520828633 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 09 2026 21:14:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
|---|---|---|---|
| 520828635 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 09 2026 21:14:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Lockbox 6112, PO Box7247, Philadelphia, PA 19170-0001 |
| 520828636 | Email/Text: reports@halstedfinancial.com | Jul 09 2026 21:14:00 | Halsted Financial Services, LLC, PO Box 828, Skokie, IL 60076 |
| 520828640 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 09 2026 21:14:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520880882 | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 09 2026 21:15:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520906323 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 09 2026 21:14:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520828641 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jul 09 2026 21:15:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520828642 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jul 09 2026 21:13:02 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 520828643 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 09 2026 21:12:55 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 521213425 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 09 2026 21:12:57 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 521213424 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 09 2026 21:13:06 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520833853 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 09 2026 21:12:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520828645 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 09 2026 21:13:06 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 521068629 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 09 2026 21:14:00 | Lakeview Loan Servicing, LLC, c/o Rocket Mortgage, LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 520909748 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 09 2026 21:14:00 | Lakeview Loan Servicing, LLC, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 520851456 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 09 2026 21:12:34 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520828648 | + Email/Text: mvwbankruptcy@mvwc.com | Jul 09 2026 21:14:00 | Marriott Vacations Worldwide, Attn: Bankruptcy, 9002 San Marco Court, Orlando, FL 32819-8600 |
| 520828650 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 09 2026 21:12:35 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 520828654 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jul 09 2026 21:14:00 | NJ E-Z Pass, Violations Processing Center, PO Box 4971, Trenton, NJ 08650 |
| 520851670 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jul 09 2026 21:14:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520851672 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jul 09 2026 21:15:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 520828652 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 09 2026 21:14:00 | Nationstar/Mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 520828655 | + Email/Text: bankruptcy@td.com | Jul 09 2026 21:15:00 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, |

District/off: 0312-1                    User: admin                                    Page 4 of 6

Date Rcvd: Jul 09, 2026                 Form ID: pdf901                                 Total Noticed: 96

| | | | |
|---|---|---|---|
| | | | Englewood, CO 80155-6555 |
| 520839038 | + | Email/PDF: cbp@omf.com | |
| | | Jul 09 2026 21:12:53 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 520911217 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Jul 09 2026 21:12:44 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520940704 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Jul 09 2026 21:13:05 | Portfolio Recovery Associates, LLC, c/o Banana Republic, POB 41067, Norfolk VA 23541 |
| 520828656 | + | Email/Text: pcabkt@phillips-cohen.com | |
| | | Jul 09 2026 21:14:00 | Phillips & Cohen Associates, Ltd, 1002 Justison St, Wilmington, DE 19801-5148 |
| 520850940 | + | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | Jul 09 2026 21:15:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 520854412 | + | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | Jul 09 2026 21:15:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |
| 520828657 | ^ | MEBN | |
| | | Jul 09 2026 21:09:28 | Quality Asset Recovery, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 520873468 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Jul 09 2026 21:15:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520828658 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jul 09 2026 21:12:49 | Resurgent Acquisitions, LLC, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520828659 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jul 09 2026 21:12:57 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520880881 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jul 09 2026 21:12:57 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520828660 | + | Email/Text: bankruptcy@rubinrothman.com | |
| | | Jul 09 2026 21:14:00 | Rubin & Rothman, LLC, 1787 Veterans Memorial Hwy, Islandia, NY 11749-1500 |
| 520828661 | | Email/Text: EBN@seliplaw.com | |
| | | Jul 09 2026 21:14:00 | Selip & Stylianou, LLP, 10 Forest Ave, Ste 300, PO Box 914, Paramus, NJ 07652 |
| 520914395 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | |
| | | Jul 09 2026 21:14:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 520828665 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | |
| | | Jul 09 2026 21:14:00 | State of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 520828664 | + | Email/Text: bankruptcynotice@sjindustries.com | |
| | | Jul 09 2026 21:15:00 | South Jersey Gas, Attn: Ms. Fleming, PO Box 577, Hammonton, NJ 08037-0577 |
| 520828669 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jul 09 2026 21:23:21 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965064, Orlando, FL 32896-5064 |
| 520828666 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jul 09 2026 21:12:46 | Syncb/car Care Pep B, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 520828667 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jul 09 2026 21:13:03 | Syncb/jcrew, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 520828670 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jul 09 2026 21:12:48 | Syncb/walmart, Po Box 71746, Philadelphia, PA 19176-1746 |
| 520910231 | + | Email/PDF: ebn_ais@aisinfo.com | |
| | | Jul 09 2026 21:12:57 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520828671 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jul 09 2026 21:12:56 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520828672 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jul 09 2026 21:12:43 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| 520828675 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 09 2026 21:12:43 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520828676 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 09 2026 21:23:21 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520828677 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 09 2026 21:12:56 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 520843990 | Email/Text: bncmail@w-legal.com | | |
| | | Jul 09 2026 21:15:00 | TD Bank USA, N.A., C/O Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 520828678 | + Email/Text: bncmail@w-legal.com | | |
| | | Jul 09 2026 21:15:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 520828680 | Email/Text: bknotice@upgrade.com | | |
| | | Jul 09 2026 21:14:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 520828681 | Email/Text: bankruptcies@uplift.com | | |
| | | Jul 09 2026 21:14:00 | Uplft/cb, Attn: Bankruptcy, 440 N. Wolfe Road, Sunnyvale, CA 94085 |
| 520828682 | + Email/PDF: cbp@omf.com | | |
| | | Jul 09 2026 21:12:33 | WebBank/OneMain, Attn: Bankruptcy, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 87

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | 1st Colonial Community Bank, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 520828582 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520828583 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520828584 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520828585 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520828586 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520828587 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520828588 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520828589 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520828590 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520828591 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520828593 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520828594 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520828595 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520828596 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520828603 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520828604 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520828605 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520828606 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520828607 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520828608 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520828609 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520828610 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520828616 | *+ | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520828618 | *+ | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520828619 | *+ | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520828626 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520828630 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520828634 | *+ | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 520828638 | *+ | Inspira Medical Centers, Inc., PO Box 981006, Boston, MA 02298-1006 |
| 520828639 | *+ | Inspira Medical Centers, Inc., PO Box 981006, Boston, MA 02298-1006 |
| 520828649 | *+ | Marriott Vacations Worldwide, Attn: Bankruptcy, 9002 San Marco Court, Orlando, FL 32819-8600 |
| 520828651 | *+ | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |

District/off: 0312-1                                    User: admin                                          Page 6 of 6

Date Rcvd: Jul 09, 2026                                 Form ID: pdf901                                      Total Noticed: 96

| | | |
|---|---|---|
| 520828653 | *+ | Nationstar/Mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 520828663 | *P++ | SELIP AND STYLIANOU LLP, PO BOX 9004, WOODBURY NY 11797-9004, address filed with court:, Selip & Stylianou, LLP, 10 Forest Ave, Ste 300, PO Box 914, Paramus, NJ 07652 |
| 520828668 | *+ | Syncb/jcrew, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 520828673 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520828674 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520828679 | *+ | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 0 Undeliverable, 39 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Lee Martin Perlman | on behalf of Debtor Shawn Aaron Johnson ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com;law-offices-of-lee-m-perlman@pacer.glade.ai |
| Lee Martin Perlman | on behalf of Joint Debtor Leslie Michelle Johnson ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com;law-offices-of-lee-m-perlman@pacer.glade.ai |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Rebecca K. McDowell | on behalf of Creditor 1st Colonial Community Bank rmcdowell@slgcollect.com  anovoa@slgcollect.com |
| Steven Eisenberg | on behalf of Creditor Lakeview Loan Servicing  LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor Lakeview Loan Servicing  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8