Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25−20289−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Shawn Aaron Johnson
aka Shawn Johnson
103 Stoneham Drive
Glassboro, NJ 08028

Leslie Michelle Johnson
aka Leslie Michelle Johnson, aka Leslie
Castagna
103 Stoneham Drive
Glassboro, NJ 08028

Social Security No.:
   xxx−xx−5566

   xxx−xx−9937

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 22, 2026.

Dated: July 22, 2026
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-20289-ABA |
| Shawn Aaron Johnson | Chapter 13 |
| Leslie Michelle Johnson | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 6 |
| Date Rcvd: Jul 22, 2026 | Form ID: plncf13 | Total Noticed: 96 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Shawn Aaron Johnson, Leslie Michelle Johnson, 103 Stoneham Drive, Glassboro, NJ 08028-3001 |
| cr | + | Lakeview Loan Servicing, LLC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 520828580 | + | 1st Colonial Community, 1040 Haddon Ave, Collingswood, NJ 08108-2046 |
| 520828623 | + | Cord Blood Registry, 25537 Network Place, Chicago, IL 60673-1255 |
| 520828637 | + | Inspira Medical Centers, Inc., PO Box 981006, Boston, MA 02298-1006 |
| 520828644 | + | LDVLAW, 5 Greentree Centre, 525 Rt. 73 North, Ste. 400, Marlton, NJ 08053-3422 |
| 520828646 | + | Lyons, Doughty & Veldhuis, PC, 5 Greentree Ctr, 525 Rt 73 N, Ste 400, PO Box 987, Marlton, NJ 08053-0987 |
| 520828662 | + | Selip & Stylianou, LLP, 199 Crossways Park Dr, PO Box 366, Woodbury, NY 11797-0366 |
| 520905677 | + | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0004 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 22 2026 21:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 22 2026 21:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520871863 | + | Email/Text: rmcdowell@slgcollect.com | Jul 22 2026 21:34:00 | 1st Colonial Community Bank, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 520828597 | | Email/Text: bankruptcy@pepcoholdings.com | Jul 22 2026 21:35:00 | Atlantic City Electric, P.O. Box 4875, Trenton, NJ 08650 |
| 520828581 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 22 2026 21:49:20 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520828592 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 22 2026 21:49:20 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 520839265 | + | Email/Text: ecfbnc@aldridgepite.com | Jul 22 2026 21:34:00 | Asaph Abrams, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520828598 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 22 2026 21:34:00 | Barclays Bank, Attn: Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 520828599 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jul 22 2026 21:49:08 | Best Egg, Attn: Bankruptcy, Po Box 42912, Philadelphia, PA 19101-2912 |
| 520828612 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jul 22 2026 21:34:00 | CarMax Auto Finance, Attn: Bankruptcy, 1200 Tuckahoe Creek Pkwy, Richman, VA 23238 |

| 520831000 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | | |
| | | Jul 22 2026 21:34:00 | CarMax Business Services, LLC, CarMax Auto Finance, Attn: Bankruptcy Department, 225 Chastain Meadows Court, Ste 210, Kennesaw, GA 30144 |
| 520828613 | + | Email/Text: BKPT@cfna.com | | |
| | | Jul 22 2026 21:34:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 520835018 | | Email/Text: BKPT@cfna.com | | |
| | | Jul 22 2026 21:34:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 520828600 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Jul 22 2026 21:38:06 | Cap1/kohls, Attn: Bankruptcy, Po Box 3043, Miwaukee, WI 53201-3043 |
| 520828601 | + | Email/Text: cms-bk@cms-collect.com | | |
| | | Jul 22 2026 21:35:00 | Capital Management Services, LP, 698 1/2 South Ogden St, Buffalo, NY 14206-2317 |
| 520828602 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Jul 22 2026 21:38:30 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520839747 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | Jul 22 2026 21:48:58 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520828611 | ^ | MEBN | | |
| | | Jul 22 2026 21:33:33 | CareCentrix, PO Box 277947, Atlanta, GA 30384-7947 |
| 520828614 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Jul 22 2026 21:38:07 | Chase Auto Finance, Attn: Bankruptcy, 700 Kansas Lane La, Monroe, LA 71203-4774 |
| 520828615 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jul 22 2026 21:49:20 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520908171 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jul 22 2026 21:49:11 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520828617 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jul 22 2026 21:49:01 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520828620 | + | Email/Text: documentfiling@lciinc.com | | |
| | | Jul 22 2026 21:34:00 | Comcast Bankruptcy Department, Attn: Jackie Gaynor, 401 White Horse Rd Ste 2, Voorhees, NJ 08043-2604 |
| 520828621 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jul 22 2026 21:35:00 | Comenity Bk/Ulta, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520828622 | + | Email/Text: legal-dept@cooperhealth.edu | | |
| | | Jul 22 2026 21:35:00 | Cooper Health System, PO Box 6018, Bellmawr, NJ 08099-6018 |
| 520828624 | + | Email/Text: bankruptcy_notifications@ccsusa.com | | |
| | | Jul 22 2026 21:35:00 | Credit Collections Services, Attention: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2609 |
| 520828625 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Jul 22 2026 21:49:19 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520828647 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jul 22 2026 21:49:01 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 520828627 | + | Email/Text: mrdiscen@discover.com | | |
| | | Jul 22 2026 21:34:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520828628 | | Email/Text: eis.usbnc@eismgmt.com | | |
| | | Jul 22 2026 21:34:00 | Estate Information Services, LLC, EIS Collections, PO Box 1398, Reynoldsburg, OH 43068 |
| 520828631 | | Email/Text: BNSFS@capitalsvcs.com | | |
| | | Jul 22 2026 21:34:00 | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 520828629 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | Jul 22 2026 21:48:57 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520828632 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | Jul 22 2026 21:35:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |

District/off: 0312-1 | User: admin | Page 3 of 6
Date Rcvd: Jul 22, 2026 | Form ID: plncf13 | Total Noticed: 96

| | | | |
|---|---|---|---|
| 520828633 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 22 2026 21:34:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 520828635 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 22 2026 21:34:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Lockbox 6112, PO Box7247, Philadephia, PA 19170-0001 |
| 520828636 | Email/Text: reports@halstedfinancial.com | Jul 22 2026 21:34:00 | Halsted Financial Services, LLC, PO Box 828, Skokie, IL 60076 |
| 520828640 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 22 2026 21:34:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520880882 | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 22 2026 21:35:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520906323 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 22 2026 21:34:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520828641 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jul 22 2026 21:35:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520828642 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jul 22 2026 21:38:19 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 520828643 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 22 2026 21:38:07 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 521213425 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2026 21:49:09 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 521213424 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2026 21:49:00 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520833853 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2026 21:49:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520828645 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2026 21:49:00 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 521068629 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 22 2026 21:34:00 | Lakeview Loan Servicing, LLC, c/o Rocket Mortgage, LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 520909748 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 22 2026 21:34:00 | Lakeview Loan Servicing, LLC, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 520851456 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 22 2026 21:48:57 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520828648 | + Email/Text: mvwbankruptcy@mvwc.com | Jul 22 2026 21:34:00 | Marriott Vacations Worldwide, Attn: Bankruptcy, 9002 San Marco Court, Orlando, FL 32819-8600 |
| 520828650 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 22 2026 21:49:00 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 520828654 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jul 22 2026 21:34:00 | NJ E-Z Pass, Violations Processing Center, PO Box 4971, Trenton, NJ 08650 |
| 520851670 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jul 22 2026 21:34:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520851672 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jul 22 2026 21:35:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 520828652 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 22 2026 21:34:00 | Nationstar/Mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 520828655 | + Email/Text: bankruptcy@td.com | Jul 22 2026 21:35:00 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, |

District/off: 0312-1                    User: admin                    Page 4 of 6

Date Rcvd: Jul 22, 2026                    Form ID: plncf13                    Total Noticed: 96

| | | | |
|---|---|---|---|
| | | | Englewood, CO 80155-6555 |
| 520839038 | + | Email/PDF: cbp@omf.com | |
| | | Jul 22 2026 21:38:28 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 520911217 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Jul 22 2026 21:48:57 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520940704 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Jul 22 2026 21:38:35 | Portfolio Recovery Associates, LLC, c/o Banana Republic, POB 41067, Norfolk VA 23541 |
| 520828656 | + | Email/Text: pcabkt@phillips-cohen.com | |
| | | Jul 22 2026 21:34:00 | Phillips & Cohen Associates, Ltd, 1002 Justison St, Wilmington, DE 19801-5148 |
| 520850940 | + | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | Jul 22 2026 21:35:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 520854412 | + | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | Jul 22 2026 21:35:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |
| 520828657 | ^ | MEBN | |
| | | Jul 22 2026 21:35:14 | Quality Asset Recovery, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 520873468 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Jul 22 2026 21:35:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520828658 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jul 22 2026 21:49:19 | Resurgent Acquisitions, LLC, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520828659 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jul 22 2026 21:49:10 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520880881 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jul 22 2026 21:48:59 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520828660 | + | Email/Text: bankruptcy@rubinrothman.com | |
| | | Jul 22 2026 21:34:00 | Rubin & Rothman, LLC, 1787 Veterans Memorial Hwy, Islandia, NY 11749-1500 |
| 520828661 | | Email/Text: EBN@seliplaw.com | |
| | | Jul 22 2026 21:34:00 | Selip & Stylianou, LLP, 10 Forest Ave, Ste 300, PO Box 914, Paramus, NJ 07652 |
| 520914395 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | |
| | | Jul 22 2026 21:34:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 520828665 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | |
| | | Jul 22 2026 21:34:00 | State of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 520828664 | + | Email/Text: bankruptcynotice@sjindustries.com | |
| | | Jul 22 2026 21:35:00 | South Jersey Gas, Attn: Ms. Fleming, PO Box 577, Hammonton, NJ 08037-0577 |
| 520828669 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jul 22 2026 21:38:29 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965064, Orlando, FL 32896-5064 |
| 520828666 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jul 22 2026 21:38:19 | Syncb/car Care Pep B, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 520828667 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jul 22 2026 21:49:08 | Syncb/jcrew, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 520828670 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jul 22 2026 21:38:29 | Syncb/walmart, Po Box 71746, Philadelphia, PA 19176-1746 |
| 520910231 | + | Email/PDF: ebn_ais@aisinfo.com | |
| | | Jul 22 2026 21:48:59 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520828671 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jul 22 2026 21:38:06 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520828672 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jul 22 2026 21:38:32 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| 520828675 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 22 2026 21:38:06 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520828676 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 22 2026 21:38:06 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520828677 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 22 2026 21:38:19 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 520843990 | Email/Text: bncmail@w-legal.com | Jul 22 2026 21:35:00 | TD Bank USA, N.A., C/O Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 520828678 | + Email/Text: bncmail@w-legal.com | Jul 22 2026 21:35:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 520828680 | Email/Text: bknotice@upgrade.com | Jul 22 2026 21:34:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 520828681 | Email/Text: bankruptcies@uplift.com | Jul 22 2026 21:34:00 | Uplft/cb, Attn: Bankruptcy, 440 N. Wolfe Road, Sunnyvale, CA 94085 |
| 520828682 | + Email/PDF: cbp@omf.com | Jul 22 2026 21:38:28 | WebBank/OneMain, Attn: Bankruptcy, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 87

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | 1st Colonial Community Bank, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 520828582 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520828583 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520828584 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520828585 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520828586 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520828587 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520828588 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520828589 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520828590 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520828591 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520828593 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520828594 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520828595 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520828596 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520828603 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520828604 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520828605 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520828606 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520828607 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520828608 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520828609 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520828610 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520828616 | *+ | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520828618 | *+ | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520828619 | *+ | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520828626 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520828630 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520828634 | *+ | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 520828638 | *+ | Inspira Medical Centers, Inc., PO Box 981006, Boston, MA 02298-1006 |
| 520828639 | *+ | Inspira Medical Centers, Inc., PO Box 981006, Boston, MA 02298-1006 |
| 520828649 | *+ | Marriott Vacations Worldwide, Attn: Bankruptcy, 9002 San Marco Court, Orlando, FL 32819-8600 |
| 520828651 | *+ | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |

| District/off: 0312-1 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Jul 22, 2026 | Form ID: plncf13 | Total Noticed: 96 |

| | | |
|---|---|---|
| 520828653 | *+ | Nationstar/Mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 520828663 | *P++ | SELIP AND STYLIANOU LLP, PO BOX 9004, WOODBURY NY 11797-9004, address filed with court:, Selip & Stylianou, LLP, 10 Forest Ave, Ste 300, PO Box 914, Paramus, NJ 07652 |
| 520828668 | *+ | Syncb/jcrew, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 520828673 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520828674 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520828679 | *+ | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 0 Undeliverable, 39 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Lee Martin Perlman | on behalf of Debtor Shawn Aaron Johnson ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com;law-offices-of-lee-m-perlman@pacer.glade.ai |
| Lee Martin Perlman | on behalf of Joint Debtor Leslie Michelle Johnson ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com;law-offices-of-lee-m-perlman@pacer.glade.ai |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Rebecca K. McDowell | on behalf of Creditor 1st Colonial Community Bank rmcdowell@slgcollect.com  anovoa@slgcollect.com |
| Steven Eisenberg | on behalf of Creditor Lakeview Loan Servicing  LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor Lakeview Loan Servicing  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8